# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN E. CHAVEZ,<br><br>        Petitioner,<br><br>   v.<br><br>RON BROOMFIELD,<br><br>        Respondent. | Case No. CV 22-00364 FWS (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss is granted, and Judgment shall be entered dismissing this action with prejudice.

DATED: August 26, 2022

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE