JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN E. CHAVEZ, | Case No. CV 22-00364 FWS (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RON BROOMFIELD, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss is granted, and this action is dismissed with prejudice.

DATED:  August 26, 2022

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE